IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARYLYNN DIXON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. ) | Case No. 06-cv-0141-MJR |

## **MEMORANDUM AND ORDER**

REAGAN, District Judge:

      This case was commenced in February 2006 via Plaintiff's complaint seeking judicial review of a July 2005 final decision of the Social Security Commissioner denying disability insurance benefits. No action appeared on the docket for eleven months, prompting this Court to issue a Notice of Impending Dismissal on January 17, 2007. That notice directed Plaintiff to effect service on Defendant or, if that step already had been taken and Defendant had failed to answer, seek a clerk's entry of default under Federal Rule of Civil Procedure 55(a), by February 6, 2007.

      Plaintiff's counsel tried three times to obtain a clerk's entry of default. Each of those motions was denied or stricken (*see* Docs. 6 - 11). No action has been taken since March 21, 2007. Accordingly, the Court **ORDERS** Plaintiff to file a proper motion for clerk's entry of default (along with proof of proper service on Defendant, *see, e.g.,* Doc. 6 herein) by August 2, 2007 or this case **WILL BE DISMISSED** for lack of prosecution.

      IT IS SO ORDERED.

      DATED this 12th day of July 2007.

                                        s/ Michael J. Reagan
                                        MICHAEL J. REAGAN
                                        United States District Court