IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARYLYNN DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 06-cv-0141-MJR |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

REAGAN, District Judge:

In February 2006, Plaintiff filed the above-captioned case seeking judicial review of a decision of the Social Security Commissioner denying her disability insurance benefits. No action appeared on the docket for eleven months, prompting this Court to issue a Notice of Impending Dismissal on January 17, 2007. That notice directed Plaintiff to effect service on Defendant or, if that had been done and Defendant had failed to answer, seek a clerk's entry of default under Federal Rule of Civil Procedure 55(a), by February 6, 2007.

Although Plaintiff's counsel tried three times to obtain a clerk's entry of default, each of those motions was denied or stricken (*see* Docs. 6 - 11), and no action appeared on the docket between March 21, 2007 and July 12, 2007. On July 12, 2007, the undersigned Judge ordered Plaintiff to file a specific pleading by August 2, 2007 "or this case **WILL BE DISMISSED** for lack of prosecution" (Doc 12). That pleading was not filed on or before August 2, 2007. Accordingly, the Court hereby **DISMISSES** this case without prejudice, based on lack of prosecution.

IT IS SO ORDERED.

DATED this 3rd day of August 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Court